# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James H. Akins<br>       Bonnie M. Akins<br>                Debtors | BK NO. 16-03573 MDF<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of JPMORGAN CHASE BANK, N.A., and index same on the master mailing list.

Re: Loan # Ending In: 5480

                                              Respectfully submitted,

                                              **/s/ Joshua I. Goldman , Esquire___**
                                              Joshua I. Goldman, Esquire
                                              Thomas Puleo, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406
                                              Attorney for Movant/Applicant