Certificate Number: 03621-PAM-DE-028319465

Bankruptcy Case Number: 16-03573



03621-PAM-DE-028319465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2016, at 3:25 o'clock PM EDT, James H AKINS completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 7, 2016        By:    /s/Wafaa Elmaaroufi

                                              Name: Wafaa Elmaaroufi

                                              Title: Credit Counselor

Certificate Number: 03621-PAM-DE-028319468

Bankruptcy Case Number: 16-03573



03621-PAM-DE-028319468

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 5, 2016</u>, at <u>3:25</u> o'clock <u>PM EDT</u>, <u>Bonnie M Akins</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 7, 2016</u>   By:   <u>/s/Wafaa Elmaaroufi</u>

                                          Name: <u>Wafaa Elmaaroufi</u>

                                          Title: <u>Credit Counselor</u>