```
                            United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                              Case No. 16-03573-MDF
James H Akins                                                       Chapter 7
Bonnie M Akins
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: karendavi              Page 1 of 1            Date Rcvd: Dec 07, 2016
                              Form ID: 318                 Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db/jdb         +James H Akins,    Bonnie M Akins,    304 Walnut Street, PO Box 5,    Wiconisco, PA 17097-0005
4827667        +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
4827670        +Leb VA Medical Center,    1700 S. Lincoln Ave.,    Lebanon, PA 17042-7597
4827672        +Lykens Borough,    200 Main Street,    Lykens, PA 17048-1133
4827673        +PA Central FCU,    959 East Parc Drive,    Harrisburg, PA 17111-2894
4827675        +PPL Electric Utilities,    2 North 9th Street,    Allentown, PA 18101-1170
4827674        +Patti A. Ulsh , Tax Collector,    532 Pottsville St.,    PO Box 93,    Wiconisco, PA 17097-0093
4827676        +Sears/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
4827677        +U.S. Department of Veterans Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
4827678        +Valley Waste,    PO Box 67,   Tower City, PA 17980-0067
4827679        +Wiconisco Township,    PO Box 370,    Wiconisco, PA 17097-0370

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4827665        +EDI: TSYS2.COM Dec 07 2016 19:03:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
4827666        +EDI: CHASE.COM Dec 07 2016 19:03:00      Chase Card,    201 N. Walnut St//De1-1027,
                 Wilmington, DE 19801-2920
4827668        +EDI: CITICORP.COM Dec 07 2016 19:03:00      Citi,    Po Box 6241,   Sioux Falls, SD 57117-6241
4827669        +EDI: DISCOVER.COM Dec 07 2016 19:03:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4827671*       +Leb VA Medical Center,    1700 S. Lincoln Ave.,    Lebanon, PA 17042-7597
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Sean Patrick Quinlan    on behalf of Joint Debtor Bonnie M Akins spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              Sean Patrick Quinlan    on behalf of Debtor James H Akins spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **James H Akins** | | Social Security number or ITIN | xxx–xx–9089 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Bonnie M Akins** | | Social Security number or ITIN | xxx–xx–8819 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:16–bk–03573–MDF**

# Order of Discharge                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James H Akins                                              Bonnie M Akins

**By the court:**   *Mary D France*

December 7, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: karendavis, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**